**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00784-CMA-BNB

VIVIAN L. RADER, and
STEVEN R. RADER,

    Plaintiffs,

v.

CITIBANK, N.A. as Successor Trustee to U.S. Bank
National Association, as Successor to Wachovia Bank
National Association as Trustee for the Certificate Holders
of Mastr Alternative Loan Trust 2004-1 Mortgage Pass
Through Certificates Series 2004-1,
MORTGAGE REGISTRATION SYSTEMS, INC.,
UBS WARBURG REAL ESTATE SECURITIES, INC.,
OCWEN LOAN SERVICING LLC, and
DOES 1-10,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion to Dismiss of Judge Christine M. Arguello entered on October 14, 2014 it is

    ORDERED that Defendants' Motion to Dismiss (Doc. No. 17) is GRANTED. It is

    FURTHER ORDERED that Plaintiffs' claims are DISMISSED WITH PREJUDICE. It is

    FURTHER ORDERED that this case is dismissed in its entirety. It is

    FURTHER ORDERED that final judgment is hereby entered in favor of

Defendant and against Plaintiff. It is

FURTHER ORDERED Pursuant to D.C. Colo. L Civ. R. 54.1, Defendant may thereafter have its costs by filing a bill of costs within 14 days of the date of that order.

Dated at Denver, Colorado this 15th day of October, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   A. Thomas

Deputy Clerk